```
Court Name: United States District Court
Division: 1
Receipt Number: 14683052431
Cashier ID: rbroaden
Transaction Date: 07/02/2015
Payer Name: KURT MUELLER
```

---

CIVIL FILING FEE
 For: KURT MUELLER
 Amount:       $400.00
ELECTRONIC PRINTING FEE
 For: KURT MUELLER
 Amount:      $1.20

---

CREDIT CARD
 Amt Tendered: $401.20

---

Total Due:      $401.20
Total Tendered: $401.20
Change Amt:      $0.00

FILING FEE AND ELECTRONIC COPIES

115CV847