```
Court Name: United States District Court
Division: 1
Receipt Number: 14683852431
Cashier ID: rbroaden
Transaction Date: 07/02/2015
Payer Name: KURT MUELLER
------------------------------------
CIVIL FILING FEE
 For: KURT MUELLER
 Amount:        $400.00
ELECTRONIC PRINTING FEE
 For: KURT MUELLER
 Amount:     $1.20
------------------------------------
CREDIT CARD
 Amt Tendered: $401.20
------------------------------------
Total Due:      $401.20
Total Tendered: $401.20
Change Amt:     $0.00

FILING FEE AND ELECTRONIC COPIES

115CV847
```