FILED



2015 JUL -2 P 12: 47

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## United States District Court
### For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:15 CV 847

Name: Kurt Mueller

Address: 5840 Cameron Run ter #909
Alexandria VA 22303

Telephone Number: 202 670 3496

Email Address: Kurt, Mueller@ gmail, com

The undersigned:
> Consents to receiving notice of filings pursuant to Fed. R. Civ. P.
  5(b) via the Court's electronic filing system.
> Waives service and notice by first class mail of all electronically filed
  documents to include orders and judgments.
> Is responsible for immediately notifying the court in writing of any
  change of email address.
> Must be registered with PACER (www.pacer.gov).

Signature: _____   Date: July 2 2015

Court Use Only:

The request is GRANTED _____   or DENIED _____

_____        _____
(Judge's Signature)              (Date)