AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia 2015 JUL -2 P 1:01 *isr. Cert. Mail*

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Kurt Mueller
_____
Plaintiff(s)

v.

Civil Action No. 1:15cv847

Michelle Lee
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michelle Lee
600 Dulany St
Alexandria VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Mueller
5540 Cameron Run ter 4 909
Alexandria VA 22303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia 2015 JUL -2 P 1:01

*iss Cert Mail*

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

)
)
)
)
)
)
)
)
)
)
)

Kurt Mueller
_____
*Plaintiff(s)*

v.

Margaret Focgrino
_____
*Defendant(s)*

Civil Action No.  1:15 cv 847

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Margaret Focgrino
> 600 Dulany St
> Alexandria VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kurt Mueller
> 5840 Cameron Run Ter #909
> Alexandria VA 22303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia 2015 JUL -2 P 1:01

*for Cert Mail*

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| Kurr Mueller <br> *Plaintiff(s)* <br> v. <br><br> Loretta Lynch <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 1:15 CV 847

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Loretta Lynch
US Attorney General
950 Pennsylvania Ave
Washington DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurr Mueller
5840 Cameron Run ter # 909
Alexandria VA 22303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action                                    RECEIVED

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia *No Cert. Mail*

2015 JUL -2 P 1:01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Kurt Mueller
*Plaintiff(s)*

v.

Civil Action No. 1:15cv847

Ping Bogate
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ping Bogate
US Attorney for EDVA
2100 Jamieson Ave
Alexandria VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kurt Mueller
5840 Cameron Run Ter # 909
Alexandria VA 22303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                   *Signature of Clerk or Deputy Clerk*