FILED

2015 JUL -2 P 12: 47

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA



United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:15CV847

Name: Kurt Mueller

Address: 5640 Cameron Run ter #909
Alexandria VA 22303

Telephone Number: 202 670 3496

Email Address: Kurt.Mueller@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _____  Date: July 2 2015

Court Use Only:

The request is GRANTED ✓  or DENIED ____

(Date) July 6, 2015

/s/ _____
Leonie M. Brinkema
United States District Judge