# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| KURT MUELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-847 (LMB/TCB) |
| ) | |
| U.S. PATENT AND TRADEMARK ) | |
| OFFICE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Special Assistant United States Attorney Chieko Clarke as attorney for the defendants.

    Respectfully submitted,

    DANA J. BOENTE
    UNITED STATES ATTORNEY

By:           /s/
    Chieko Clarke
    Special Assistant United States Attorney
    2100 Jamieson Avenue
    Alexandria, VA 22314
    (703) 299-3770 (direct)
    (703) 299-3983 (fax)
    chieko.clarke@usdoj.gov

DATE: August 31, 2015     *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

>Kurt Mueller
>5870 Cameron Run Terrace
>Apartment 909
>Alexandria, VA 22303
>*Pro Se Plaintiff*

Date: August 31, 2015

>/s/
>CHIEKO CLARKE
>Special Assistant United States Attorney
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Telephone: (703) 299-3770
>Fax: (703) 299-3983
>Email: chieko.clarke@usdoj.gov
>
>ATTORNEY FOR DEFENDANTS