**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KURT MUELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-CV-847 (LMB/TCB) |
| | ) | |
| U.S. PATENT AND TRADEMARK | ) | |
| OFFICE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ROSEBORO NOTICE</u>

Pursuant to Local Rule 7(J), and in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff is advised that he has the right to file a response opposing Defendants' Motion to Dismiss, and that failure to respond may result in the relief requested in Defendants' Motion, namely the dismissal of the complaint against Defendants.  Plaintiff's response must identify all facts stated by the Defendants with which Plaintiff disagrees and must set forth Plaintiff's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by the Defendants.  Unless the Court orders otherwise, Plaintiff's response must be filed, and a copy provided to Defendants' counsel, within twenty one (21) days of the date that Defendants' Motion to Dismiss is filed.  The Motion to Dismiss was filed on August 31, 2015.


Respectfully Submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

1

LAUREN A. WETZLER
CHIEF, CIVIL DIVISION
Assistant United States Attorney


By: _____/s/_____

Chieko M. Clarke
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3770 (direct)
(703) 299-3983 (fax)
chieko.clarke@usdoj.gov

*Attorneys for Defendants*

DATED: August 31, 2015

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I filed a copy of the foregoing with the Clerk's

Office and will cause to be delivered, by first class mail, a copy of the foregoing to the

following:

> Kurt Mueller
> 5870 Cameron Run Terrace
> Apartment 909
> Alexandria, VA 22303
> *Pro Se Plaintiff*

Date: August 31, 2015

/s/_____
CHIEKO CLARKE
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3770
Fax: (703) 299-3983
Email: chieko.clarke@usdoj.gov

ATTORNEY FOR DEFENDANTS