IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KURT MUELLER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-CV-847 (LMB/TCB) |
| | ) | |
| U.S. PATENT AND TRADEMARK | ) | |
| OFFICE, ET AL., | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday October 16, 2015, at 10:00 am, or as soon thereafter as counsel may be heard, Defendants will bring forward for hearing their Motion to Dismiss.

                                                Respectfully submitted,

                                                DANA J. BOENTE
                                                UNITED STATES ATTORNEY

                                                LAUREN A. WETZLER
                                                CHIEF, CIVIL DIVISION
                                                Assistant United States Attorney

                              By:     /s/_____
                                                Chieko Clarke
                                                Special Assistant United States Attorney
                                                2100 Jamieson Avenue
                                                Alexandria, Virginia 22314
                                                (703) 299-3770 (direct)
                                                (703) 299-3983 (fax)
                                                chieko.clarke@usdoj.gov

DATE: August 31, 2015                    *Attorneys for Defendant*

1

# CERTIFICATE OF SERVICE

  I hereby certify that on August 31, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

> Kurt Mueller
> 5870 Cameron Run Terrace
> Apartment 909
> Alexandria, VA 22303
> *Pro Se Plaintiff*

Date: August 31, 2015

                _____/s/_____
                CHIEKO CLARKE
                Special Assistant United States Attorney
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Telephone: (703) 299-3770
                Fax: (703) 299-3983
                Email: chieko.clarke@usdoj.gov

                ATTORNEY FOR DEFENDANTS