IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KURT MUELLER, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>U.S. PATENT AND TRADEMARK )<br>OFFICE, ET AL., )<br>    Defendants. )<br>_____ ) | Civil Action No. 1:15-CV-847 (LMB/TCB) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday October 16, 2015, at 10:00 am, or as soon thereafter as counsel may be heard, Defendants will bring forward for hearing their Motion to Dismiss.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

LAUREN A. WETZLER
CHIEF, CIVIL DIVISION
Assistant United States Attorney

By:  /s/
Chieko Clarke
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3770 (direct)
(703) 299-3983 (fax)
chieko.clarke@usdoj.gov

DATE: August 31, 2015   *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

>Kurt Mueller
>5870 Cameron Run Terrace
>Apartment 909
>Alexandria, VA 22303
>*Pro Se Plaintiff*

Date: August 31, 2015

>_____/s/_____
>CHIEKO CLARKE
>Special Assistant United States Attorney
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Telephone: (703) 299-3770
>Fax: (703) 299-3983
>Email: chieko.clarke@usdoj.gov
>
>ATTORNEY FOR DEFENDANTS