FILED

2015 AUG 31 P 3: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KURT MUELLER,<br>　　Plaintiff,<br><br>vs.<br><br>U.S. PATENT AND TRADEMARK<br>OFFICE, ET AL.,<br>　　Defendants. | Civil Action No. 1:15-CV-847 (LMB/TCB) |

## CERTIFICATE REPORTING SERVICE

Pursuant to the Local Civil Rule 4(A), the United States Attorney certifies that on July 2, 2015, the United States Attorney's Office received a copy of the Summons and Complaint in this case. These documents were delivered via Certified Mail, with postage dated July 2, 2015.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

LAUREN A. WETZLER
CHIEF, CIVIL DIVISION
Assistant United States Attorney

By: _____
Chieko Clarke
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3770 (direct)
(703) 299-3983 (fax)
chieko.clarke@usdoj.gov
*Attorneys for Defendants*

DATE: August 31, 2015

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

Kurt Mueller
5870 Cameron Run Terrace
Apartment 909
Alexandria, VA 22303
*Pro Se Plaintiff*

Chieko Clarke
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3770
Fax: (703) 299-3983
Email: chieko.clarke@usdoj.gov
*Attorney for Defendants*