IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KURT MUELLER, <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK <br>     OFFICE, ET AL., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    1:15-CV-847 (LMB/TCB) <br> ) <br> ) <br> ) |

## ORDER

Defendants have filed a Motion to Dismiss [Dkt. No. 6] to which the pro se plaintiff has responded. Having reviewed the pleadings, the Court finds that oral argument would not aid the decisional process. Accordingly, it is hereby

ORDERED that the hearing on defendants' Motions to Dismiss [Dkt. No. 6], which is currently set for 10:00 a.m. on Friday, October 16, 2015, be and is CANCELLED. An opinion will issue forthwith.

The Clerk is directed to forward copies of this Order to counsel of record and to the plaintiff pro se.

Entered this 15th day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge