FILED

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2015 OCT 15 P 1:45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KURT MUELLER, )
    Plaintiff, )
    *pro se* )
v. )   Civil Action No. 1:15-CV-847 (LMB/TCB) )
    )
U.S. PATENT AND TRADEMARK )
OFFICE, ET AL., )
    Defendants. )
    )

## **NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendants not having filed either a "an answer or a motion for summary judgment" in this matter, the Plaintiff hereby files notice of dismissal, said dismissal to be without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

The Plaintiff thanks opposing Counsel for their professionalism in this matter.

Respectfully Submitted,

Kurt Mueller

Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

      CHIEKO CLARKE
      Special Assistant United States Attorney
      2100 Jamieson Avenue
      Alexandria, VA 22314

                                      Kurt Mueller
                                      Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
ALEXANDRIA DIVISION

_____Kurt Mueller_____
Plaintiff,

v.

_____USPTO_____
Defendant.

Civil Action No. _1:15-cv-847_

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

_____Kurt Mueller_____
Name of *Pro Se* Party (Print or Type)

_____/s/_____
Signature of *Pro Se* Party

Executed on: __10/15/15__ (Date)

OR

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)