FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 OCT 15  P 1:45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

KURT MUELLER, )
    Plaintiff, )
    *pro se* )
v. ) Civil Action No. 1:15-CV-847 (LMB/TCB) )
 )
U.S. PATENT AND TRADEMARK )
OFFICE, ET AL., )
    Defendants. )
 )

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendants not having filed either a "an answer or a motion for summary judgment" in this matter, the Plaintiff hereby files notice of dismissal, said dismissal to be without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

The Plaintiff thanks opposing Counsel for their professionalism in this matter.

Respectfully Submitted,

Kurt Mueller

Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I filed a copy of the foregoing with the Clerk's Office and will cause to be delivered, by first class mail, a copy of the foregoing to the following:

        CHIEKO CLARKE
        Special Assistant United States Attorney
        2100 Jamieson Avenue
        Alexandria, VA 22314

        Kurt Mueller
        Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
ALEXANDRIA DIVISION

_Kurt Mueller_
_____
          Plaintiff,

         v.

_USPTO_
_____
          Defendant.

Civil Action No. _1:15-cv-847_

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of this document.

_Kurt Mueller_
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _10/15/15_____ (Date)

OR

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)